UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA


Tamara Collins,                                Civil 09-419 PAM/JSM

                    Plaintiff,               **ORDER OF DISMISSAL**
v.

CMG Recovery Services, LLC
et al.

                    Defendants.

-----------------------------------------------------------------------------------

        It appearing from the files and records that the case has been dormant since the date

of filing,

        Now therefore, Sua Sponte because of lack of prosecution the case is **DISMISSED.**

        Provided that, the Court will retain jurisdiction for ten days from the date hereof to afford

plaintiff the opportunity, if so advised to move to vacate this Order of Dismissal.

Dated: August ___10___, 2009

                                        s/Paul A. Magnuson_____
                                        Paul A. Magnuson**,** Judge
                                        United States District Court